FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 30 AM 9:08

CLERK /LW
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CORNELIUS JONES

v.      601CV012
        696CR004

UNITED STATES OF AMERICA

### ORDER

Defendant Cornelius Jones's reconsideration motion (601CV012, doc. # 100) is **DENIED**. His arguments are best placed before the Eleventh Circuit in a motion for leave to file a successive 28 U.S.C. § 2255 motion. *See* doc. # 84 (Order denying his second § 2255 motion as successive); # 89 (Order denying Jones's reconsideration motion, detailing why Jones's § 2255 motion was successive despite his contrary labeling); # 92 (Order denying his application for a Certificate of Appealability (COA), again explaining successiveness); # 97 (Eleventh Circuit decision denying Jones's appeal because he failed to satisfy the COA criteria); *Nguyen v. Wiley*, 151 Fed.Appx. 757, 760 (11th Cir. 2005) (petitioner, who filed a previous motion to vacate that was denied, albeit erroneously, was required to apply for and receive permission from the circuit court prior to filing a successive motion to vacate, and could not circumvent the successive-petition rule simply by filing another petition under § 2241).[1]

This 30 day of April, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Note that Jones's filed his latest § 2255 motion *while* his appeal of the Court's denial of his *last* § 2255 motion was still pending. *See* doc. # 93.