IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CORNELIUS JONES, )
)
    Petitioner-Appellant, )
)
vs. )   Case No. CV601-12
)
UNITED STATES OF AMERICA, )
)
    Respondents-Appellee. )

## ORDER

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed on appeal *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 27 day of August, 2007.

JUDGE B. AVANT EDENFIELD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA