# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

2008 JUL -9 AM 11: 22

United States of America )
v. )
) Case No: CR696-00004-004
Cornelius Jones )
) USM No: 09109-021
Date of Previous Judgment: October 11, 1996 ) Robert S. Lanier, Jr.
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __295 months__ months **is reduced** __248 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34                Amended Offense Level: 32
Criminal History Category: III            Criminal History Category: III
Previous Guideline Range: 188 to 235 months    Amended Guideline Range: 151 to 188 months
plus 60 months                             plus 60 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence. The Court notes the sentence imposed is 188 months as to Count 1, and 60 months as to Count 11, to be served consecutively (for a total sentence of 248 months).

Except as provided above, all provisions of the judgment dated __October 11, 1996,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____    For the Southern District of Georgia
(if different from order date)    Printed name and title