IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 696-004-04 |
| | * | |
| CORNELIUS JONES | * | |

**O R D E R**

Before the Court in the captioned case is Defendant Cornelius Jones's request for early termination of his supervised release term. The Government, upon consultation with Jones's supervising probation officer, does not oppose the motion. Upon consideration of Jones's exemplary term of supervised release, **IT IS ORDERED** that his motion (doc. 1138) is **GRANTED,** and Cornelius Jones is discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Ms. Chambliss Stevens, United States Probation Office, Post Office Box 8165, Savannah, GA, 31412-8165.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA